**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WHEELER,<br><br>               Plaintiff,<br><br>       v.<br><br>JOHN MELLENCAMP, REBUBLIC RECORDS, and MERCURY RECORDS,<br><br>          Defendants. | Case No. 2:24-cv-10176-MCS-JC<br><br>**JUDGMENT** |

1

Pursuant to this Court's Order granting Defendants' motion for summary judgment,

IT IS ADJUDGED that judgment is entered in favor of Defendants John Mellencamp, Mercury Records, and Republic Records. Plaintiff Robert Wheeler shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: February 11, 2026

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2